# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-697
_____

MICHAEL DEWAYNE GULLEY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

September 14, 2021

PER CURIAM.

   AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee; Thomas M. Staples of Staples, Ellis & Associates, P.A., Pensacola, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.